IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

JANE DOE,

    Plaintiff,

v.

TIMOTHY WHITE, Chancellor; SARAH CLEGG, Title IX Coordinator, Sonoma State University; JOYCE SUZUKI; WILLIAM KIDDER; JESSE ANDREWS,

    Defendants.

Case No. 19-cv-4923-SK

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY**

Good cause having been found, Plaintiff's Motion to Proceed Anonymously is hereby GRANTED. By Order of this Court, Plaintiff may proceed under the pseudonym "Jane Doe" for the purposes of this litigation.

IT IS SO ORDERED.

August _____, 2019

_____
SALLIE KIM
UNITED STATES MAGISTRATE JUDGE