ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
IAN T. LONG (SBN 290975)
ilong@publiclawgroup.com
RYAN P. MCGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
RENNE PUBLIC LAW GROUP LLP
350 Sansome Street, Suite 300
San Francisco, California  94104
Telephone: (415) 848-7200
Facsimile: (415) -848-7230

Attorneys for Defendants
TIMOTHY WHITE, Chancellor; SARAH CLEGG, Title IX Coordinator, Sonoma State University; JOYCE SUZUKI; WILLIAM KIDDER; JESSE ANDREWS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>         Plaintiff,<br><br>    v.<br><br>TIMOTHY WHITE, Chancellor; SARAH CLEGG, Title IX Coordinator, Sonoma State University; JOYCE SUZUKI; WILLIAM KIDDER; JESSE ANDREWS,<br><br>         Defendants | CASE NO. 19-cv-4923<br><br>**DEFENDANTS' NOTICE OF ERRATA**<br><br>Complaint Filed:  August 15, 2019 |

TO THE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Timothy White, Joyce Suzuki, Sarah Clegg, William Kidder and Jesse Andrews ("Defendants") hereby notifies the Court and Plaintiff of certain typographical errors in the Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss, filed on November 22, 2019 (Dkt. 25). Defendants hereby submit as **Exhibit A** Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss [Errata], making the following amendments:

<u>Table of Contents and Table of Authorities</u>: Changing the page numeration to roman numerals and amending citations;

<u>Remainder of brief</u>: Changing general page numeration to reflect changes to tables' page numeration;

<u>Former pg. 20, ln. 11 & former pg. 22, ln. 16</u>: Changing "Kansa" to "Kansas;"

<u>Cover page and signature page</u>: Changing "JOYC" to "JOYCE;"

<u>Signature page</u>: Changing "*/s/ Arthur H. Hartinger*" to "*/s/ Arthur A. Hartinger*."

The remainder of the brief remains the same.

Dated:  December 11, 2019                          RENNE PUBLIC LAW GROUP

By:  */s/ Arthur A. Hartinger*
    ARTHUR A. HARTINGER

Attorneys for Defendants
TIMOTHY WHITE, Chancellor; SARAH CLEGG, Title IX Coordinator, Sonoma State University; JOYCE SUZUKI; WILLIAM KIDDER; JESS ANDREWS

-2-