UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 19-cv-04923-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TIMOTHY WHITE, *et al.*, | |
| Defendants. | |

The Court has dismissed the complaint on the ground that defendants are entitled to qualified immunity. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 24, 2020

_____

SUSAN ILLSTON
United States District Judge