# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 19-cv-04923-SI

Date case was first filed in U.S. District Court: 08/15/2019

Date of judgment or order you are appealing: 02/24/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Jane Doe

Is this a cross-appeal?  ○ Yes  ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Law Office of Dan Roth

803 Hearst Avenue

City: Berkeley   State: CA   Zip Code: 94710

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Daniel C. Roth   **Date** March 3, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Jane Doe

Name(s) of counsel (if any):
Dan Roth

Address: Law Office of Dan Roth  803 Hearst Avenue, Berkeley CA 94710
Telephone number(s): (510) 849-1389
Email(s): dan@drothlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Timothy White, Joyce Suzuki, Jesse Andrews, William Kidder, Sarah Clegg

Name(s) of counsel (if any):
Arthur A. Hartinger, Ryan P. McGinley-Stempel, Ian T. Long

Address: 350 Sansome Street, Suite 300  San Francisco, CA 94014
Telephone number(s): (415) 848-7000
Email(s): ahartinger@publiclawgroup.com, rmcginleystempel@publiclawgroup.c

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Jane Doe (same Appellant, additional counsel listed below)

Name(s) of counsel (if any):
Lara Bazelon

Address: 2130 Fulton St., Room 211  San Francisco, CA 94117

Telephone number(s): (415) 422-6202

Email(s): lbazelon@usfca.edu

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     2                               *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Jane Doe (same Appellant, additional counsel listed below)

Name(s) of counsel (if any):
Joshua Adam Engel

Address: 4660 Duke Drive, Suite 101  Mason, OH 45040
Telephone number(s): (513) 445-9600
Email(s): engel@engelandmartin.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⊙ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                                    *Rev. 12/01/2018*