UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 9 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| JANE DOE, | No.    20-15450 |
| Plaintiff-Appellant, | D.C. No. 3:19-cv-04923-SI |
| v. | Northern District of California, San Francisco |
| TIMOTHY WHITE; et al., | ORDER |
| Defendants-Appellees. | |

Before:  WALLACE, GOULD, and FRIEDLAND, Circuit Judges.

Submission of this case is withdrawn, and this case is deferred for 60 days from the date of this order.  This case is referred to the Circuit's Mediation Program.  A circuit mediator will contact counsel directly to discuss whether the parties would be interested in attempting to resolve this case through mediation, and, if so, to arrange a mediation conference.  Questions may be directed to Chief Circuit Mediator Stephen Liacouras at (415) 355-7900.

The circuit mediator shall provide a status report to the panel within 60 days following the filed date of this order.