# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 9, 2021

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

     Re:  Jane Doe
            v. Timothy White, et al.
            No. 21-860
            (Your No. 20-15450)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 6, 2021 and placed on the docket December 9, 2021 as No. 21-860.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst